

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2018

No. 04-16-00476-CV

Jim **WEYNAND,**
Appellant

v.

Hugh **LONG,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08332
Honorable Richard Price, Judge Presiding

# O R D E R

Appellant's motion to extend time for filing clerk and reporter's record is granted.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court